IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:05-CR-00102-H
No. 4:08-CV-00025-H

| | | |
|---|---|---|
| REGINALD LAVERNE ROBERTS, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Defendant's Motion to Amend Motion to Continue Evidentiary Hearing [DE-112] and Motion to Continue Evidentiary Hearing [DE-111] for purposes of rescheduling the evidentiary hearing on Petitioner's § 2255 motion currently set for January 12, 2011. The hearing is hereby reset for **Tuesday, January 25, 2011** at 10:00 a.m. in the Courthouse Annex at Greenville, North Carolina.

This the 6th day of January, 2011.

DAVID W. DANIEL
United States Magistrate Judge